JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TERESA MARIE CHAPMAN,         ) Case No. EDCV 18-1643-JPR
                              )
            Plaintiff,        )   **J U D G M E N T**
                              )
       v.                     )
                              )
ANDREW SAUL, Commissioner     )
of Social Security,           )
                              )
            Defendant.        )
_____)

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision is GRANTED; and (3) judgment be entered in the Commissioner's favor.

DATED: November 29, 2019      /S/
                              JEAN ROSENBLUTH
                              U.S. Magistrate Judge